# Court of Appeals
# of the State of Georgia

ATLANTA,  April 26, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1356. DANIEL JONES v. THE STATE.**

Daniel Jones pleaded guilty to one count of trafficking in methamphetamine. In December 2023, Jones filed a motion to vacate or set aside the judgment, asserting that the trial court lacked subject matter and personal jurisdiction over his criminal case. The trial court denied the motion, and Jones filed this direct appeal in the Georgia Supreme Court, which transferred the matter to this Court. See Case No. S24A0615 (Mar. 19, 2024).

A post-conviction motion seeking to vacate or set aside an allegedly void conviction is not a valid procedure in a criminal case, and any appeal from the denial of such a motion must be dismissed.  See *Williams v. State*, 287 Ga. 192, 192-193 (695 SE2d 244) (2010); *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  04/26/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*